IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60367
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERT PATTERSON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:96-CV-180-B
- - - - - - - - - -

February 12, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Robert Patterson, federal prisoner #09268-042, argues that the district court erred in denying his 28 U.S.C. § 2255 motion in which he alleged that there was not a sufficient factual basis to support his guilty plea conviction under 18 U.S.C. § 924(c). His motions to supplement the record and for an expedited appeal are DENIED.

    We have reviewed the record and the briefs of the parties and AFFIRM the denial of the motion substantially for the reasons

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

stated by the district court. *See United States v. Patterson*, No. 3:96-CV-180-B (N.D. Miss. April 22, 1997).

MOTIONS DENIED; AFFIRMED.